IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00325-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. EDUARDO TELLEZ-PONCE,
2. ULISES CASTILLO-MERAZ,
3. ABRAHAM FRIESEN-REMPLE,
4. ENRIQUE HARMS-GROENING,
5. DAVID LOEWEN,
6. JUAN REIMER,
7. PEDRO DYKE-FRIESEN,

    Defendants.
_____

**ORDER**
_____

This matter is before the Court on the United States' Motion to Disclose Grand Jury Material to Defendants [Docket No. 29] pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same. It is therefore

**ORDERED** that the United States' Motion to Disclose Grand Jury Material to Defendants [Docket No. 29] is granted. The United States may disclose grand jury testimony, grand jury exhibits, and other grand jury materials to the defendants and their attorneys in this case. It is further

**ORDERED** that such materials shall only be used in defending this case; that such materials are to be disclosed only to the defendants and their attorneys; that

defendants' attorneys shall maintain custody of such materials and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

DATED November 1, 2013.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge